1. VINCENT ROSENBALM                                    4/29/2008
2. 2100 NAPA VALLEJO HIGHWAY unit 5
3. NAPA, CALIFORNIA 94558
4.         UNITED STATES DISTRICT COURT
5. NORTHERN DISTRICT OF CALIFORNIA
6. PEOPLE OF THE UNITED           CV 08    2333
7. STATES OF AMERICA
8.           V                          ) CRIMINAL COMPLAINT
9. GLENN STARK                                              SI
10. UKIAH POLICE DEPARTMENT
11. 300 SEMINARY DRIVE                               (PR)
12. UKIAH, CALIFORNIA 95482
13. 1) I THE UNDERSIGNED COMPLAINANT STATE THAT
14. THE FOLLOWING IS TRUE AND CORRECT TO THE
15. BEST OF MY KNOWLEDGE. ON OR ABOUT 9/22/2006
16. IN MENDOCINO COUNTY IN THE NORTHERN
17. DISTRICT OF CALIFORNIA DEFENDANT(S) DID
18. COMMIT THE CRIME OF THEFT IN VIOLATION
19. OF TITLE 18 UNITED STATES CODE(S) 242.
20. I FURTHER STATE I AM VINCENT ROSENBALM
21. AND THIS COMPLAINT IS BASED ON
22. MISCONDUCT BY GLENN STARK. I ASK THE
23. COURT FOR A SUMMARY JUDGMENT OF
24. $5 MILLION DOLLARS FOR DAMAGES.
25.                                   Vincent Rosenbalm
26.                                   4/29/2008
27.
28.

*CHAMBERS*

# U.S. District Court
# Northern District of California
## 3/10/08

2) This complaint is based on the misconduct of Police Officer Glenn Stark who I believe committed dozens of crimes on or about September 22, 2006 in Mendocino County. Some of the crimes I believe he committed include:

3)
- Perjury
- Extortion
- Theft
- Burglary
- Illegal Imprisonment
- Kidnapping

4) After a traffic stop on or about 9/22/06 Mr Stark stole about $5600 cash and checks and booked me to appear in court, yet no case ever appeared on the court docket?? After I was release OR from the police station I found my house destroyed and a search warrant from Glenn Stark in my house. Jewelry, vacation and travel vouchers were missing from my resident and other important property. The search warrant was missing a DA signature on it. How can a search warrant with no DA signature be legal. He also took my cell phone after arrest, other crimes were committed.

Vincent Rosenbalm
3/10/08