FILED
08 MAY 12 PM 1:56

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE
UNITED STATES OF AMERICA
                    Plaintiff,

vs.

GLENN STARK
UKIAH POLICE DEPARTMENT
                    Defendant.

CASE NO. _____ SI

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Vincent Rosenbalm, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $80-100 month   Net: Approx $80-100.00 month

Employer: Napa State Hospital
2100 Napa Vallejo Highway Napa, CA. 94558

ACC
Estimates

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ~~OR REDACTED~~
5  _____
6  ~~None at present due to KIDNAPPING~~
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                Yes ✓  No ___
10            self employment
11     b.    Income from stocks, bonds,             Yes ___ No ✓
12            or royalties?
13     c.    Rent payments?                         Yes ___ No ✓
14     d.    Pensions, annuities, or                Yes ___ No ✓
15            life insurance payments?
16     e.    Federal or State welfare payments,     Yes ✓  No ___
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  Hospital Welfare 12⁵⁰ month
22  $3²⁵ AUTHOR HOUSE PUBLISHING
23  3.    Are you married?                          Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        -2-

1    b.    List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____JOR____(17)_____
6    _NONE AT PRESENT DUE TO KIDNAPPING_
7    5.    Do you own or are you buying a home?    Yes ___ No ✓
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.    Do you own an automobile?    (2)    Yes ✓ No ___
10   Make _SUBARU_ Year _1992, 1993_ Model _Legacy_
11   Is it financed? Yes ____ No ✓ If so, Total due: $ _____
12   Monthly Payment: $ ___0___
13   7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ✓ No ___ Amount: $ _Approx $25_
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ✓ No ___
20   _Personal Property Estimate $15,000.00_
21   8.    What are your monthly expenses?
22   Rent: $ ___0___    Utilities: ___0___
23   Food: $ ___0___    Clothing: ___0___
24   Charge Accounts:
25   Name of Account    Monthly Payment    Total Owed on This Acct.
26   _____    $ _____    $ _____
27   _____    $ _____    $ _____
28   _____    $ _____    $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _Credit cards_____ estimate $5–10,000.00_
4  _School loans_____  ✓ ✓   $5–10,000.00_
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ✓ No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____NOT SURE, PARTIALLY DUE TO_____
10  _ED FOULK illegally denying me PACER_
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  _5/8/08_                    _Vincent Rosenbalm_
17   DATE                        SIGNATURE OF APPLICANT

1
2                                                    Case Number: _____
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                    **IN**
10                       **PRISONER'S ACCOUNT**
11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _____ for the last six months
                                            [prisoner name]
14 _____ where (s)he is confined.
         [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ _____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____                    _____
                                          [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE   5/8/08

I am Vincent Rosenbalm an American citizen over 18 years of age.

ON 5/8/08 I served the within

1) FINANCIAL RECORDS FORMA PAUPERIS by placing an envelope in the Napa State Hospital mail addressed to:

    US DISTRICT COURT
    450 GOLDEN GATE AVE
    PO BOX 36060
    SAN FRANCISCO, CA 94102

From
    Vincent Rosenbalm
    2100 Napa Vallejo Highway
    Napa, CA 94558

Under the penalty of perjury this is true and correct to the best of my knowledge.

    Vincent Rosenbalm

VINCENT ROSENBAHM
2100 Napa Vallejo Highway
Napa, CA 94558

OAKLAND CA 9

09 MAY 2008 PM 9 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680