VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA

TO COURT CLERK RICHARD WIEKING, 8-2333 SI

1) I AM WONDERING WHY MY APPLICATIONS TO PROCEED UNDER 28 U.S.C 1915 (g) HAS NOT BEEN GRANTED, ESPECIALLY DUE TO A SERIOUS ATTACK WITH VIOLENCE ALMOST LEFT ME DEAD. DOES SOMEONE NEED TO BE KILLED BEFORE THE COURT REALIZES A MISTAKE?

2) I AM SURE YOU ARE AWARE OF THE NEW LAW FROM 12/1/07 TO SERVE SUMMONS IMMEDIATELY ON LAWSUIT AND CRIMINAL CHARGES. I BELIEVE THIS IS 4 (B), ARE YOU AWARE YOU ARE VIOLATING MY RIGHTS BY NOT SERVING THOSE SUMMONS IMMEDIATELY?

I DO HOPE WE SETTLE THESE ISSUES SOON AND JUSTICE IS SERVED.

Vincent Rosenbalm

Vincent Rosenbalm
2000 Napa Vallejo Hwy.
Napa, CA 94558-6293

Legal Mail
Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102